ACCEPTED
03-15-00235-CR
6659349
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 12:06:49 PM
JEFFREY D. KYLE
CLERK

**CAUSE NO. 03-14-00235-CR**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/26/2015 12:06:49 PM
JEFFREY D. KYLE
Clerk

**IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| **JONATHAN RAY GRAY** | § |
| | § |
| **v.** | § |
| | § |
| **STATE OF TEXAS** | § |

**APPELLANT'S MOTION TO DISMISS APPEAL FOR WANT OF
JURISDICTION AND REMAND FOR A NEW TRIAL**

**Justin Bradford Smith**
**Texas Bar No. 24072348**
**Harrell, Stoebner, & Russell, P.C.**
**2106 Bird Creek Drive**
**Temple, Texas 76502**
**Phone: (254) 771-1855**
**FAX: (254) 771-2082**
**Email:  justin@templelawoffice.com**

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, Appellant, JONATHAN RAY GRAY, who files this Motion to Dismiss Appeal for Want of Jurisdiction and Remand for a New Trial, and shows unto the Court as follows:

## I.

## FACTS

1. Appellant pled guilty to burglary of a habitation, (VI R.R. at 9), and after a hearing the trial court found Appellant guilty and imposed sentence on March 30, 2015. (VII R.R. at 4-15) (I C.R. at 33-42; 56).

2. Appellant then timely filed a motion for new trial on April 21, 2015. (I C.R. at 61-62); Tex. R. App. P. 21.4(a).

3. Within the time provided by our rules, the trial court granted the motion for new trial by written order, without limiting the order to punishment. (I C.R. at 73; 75); Tex. R. App. P. 21.8(a)-(b).

4. The State did not appeal this decision. Texas Code of Criminal Procedure art. 44.01(a)(3); Tex. R. App. P. 26.2(b).

## II.

## ARGUMENT AND AUTHORITIES

5. "Granting a motion for new trial restores the case to its position before the former trial". Tex. R. App. P. 21.9.

6.  "Because there is no sentence to be appealed, [an appellate court has] no jurisdiction to consider appellant's appeal".  *Waller v. State*, 931 S.W.2d 640, 643-644 (Tex. App.—Dallas 1996, no pet.).

7.  Accordingly, this Court must dismiss Appellant's appeal and remand the case to the trial court for a new trial.  *Id.* at 644.

8.  Despite the fact that Appellant's plea of guilty resulted in "a 'unitary trial' to determine the remaining issue of punishment", *Carroll v. State*, 975 S.W.2d 630, 631 (Tex.Crim.App.1998), because the trial court granted a new trial without limitation to punishment only, this Court must remand for an entirely new trial.  *Cf.  State v. Evans*, 843 S.W.2d 576 (Tex. Crim. App. 1992) (order granting "Motion to Withdraw Plea of Nolo Contendere"[1] was effectively an order granting new trial as a whole, which it was within the trial court's authority to do) *with State v. Davis*, 349 S.W.3d 535, 538 (Tex. Crim. App. 2011) (order reducing defendant's sentence in response to a "Motion for Reconsideration or Reduction of Sentence" granted a new trial as to punishment only).  Here, Appellant's motion was in form and substance a motion for an entirely new trial, unlike the limited motion in *Davis*, and the trial court granted it without limitation, as in *Evans*.  (I C.R. at 61-62; 73; 75).

---

[1] A plea of nolo contendere results in a "unitary proceeding" as a plea of guilty does here. *Arismendez v. State*, 595 S.W.2d 535 (Tex. Crim. App. 1980) ("a guilty or nolo contendere plea proceeding should not be bifurcated").

9.  Therefore, this Court must dismiss this appeal for want of jurisdiction and remand to the trial court for a new trial.

## III.

## <u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, Appellant asks this Court grant this motion, dismiss his appeal for want of jurisdiction, and remand the case to the trial court for a new trial.

Respectfully submitted:


/s/ Justin Bradford Smith
Justin Bradford Smith
Texas Bar No. 24072348

Harrell, Stoebner, & Russell, P.C.
2106 Bird Creek Drive
Temple, Texas 76502
Phone: (254) 771-1855
FAX: (254) 771-2082
Email:  justin@templelawoffice.com

ATTORNEY FOR APPELLANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on August 26, 2015, a true and correct copy of the Appellant's Motion to Dismiss Appeal for Want of Jurisdiction and Remand for New Trial was provided to counsel below via eservice:

Bob Odom
Bell County District Attorney's Office
P.O. Box 540
Belton, Texas  76513
Email:  DistrictAttorney@co.bell.tx.us
*Attorney for the State*

/s/ Justin Bradford Smith
Justin Bradford Smith